# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PAOLO GUERRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT ERNST, CHRISTOPHER H. FRANKLIN, EDWARD G. JEPSEN, DAVE R. LOPEZ, HAZEL R. O'LEARY, THOMAS G. STEPHENS, G. BENNETT STEWART III, LEE C. STEWART, JOSEPH L. WELCH, and ITC HOLDINGS CORP.,<br><br>Defendants. | Case No.: 2:16-cv-10914-GCS-DRG |
| HAROLD SEVERANCE, On Behalf of Himself and All Others Similarly Situated and Derivatively on behalf of Nominal Defendant ITC HOLDINGS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH L. WELCH, ALBERT ERNST, CHRISTOPHER H. FRANKLIN, EDWARD G. JEPSEN, DAVID R. LOPEZ, HAZEL R. O'LEARY, THOMAS G. STEPHENS, G. BENNETT STEWART III, LEE C. STEWART, FORTIS INC., FORTISUS INC., and ELEMENT ACQUISITION SUB INC.,<br><br>Defendants,<br><br>-and-<br><br>ITC HOLDINGS CORP., a Michigan corporation,<br><br>Nominal Defendant. | Case No.: 2:16-cv-11293-GCS-DRG |

| | |
|---|---|
| SANJIV MEHROTRA, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>JOSEPH L. WELCH, ALBERT ERNST, CHRISTOPHER H. FRANKLIN, EDWARD G. JEPSEN, DAVE R. LOPEZ, HAZEL R. O'LEARY, THOMAS G. STEPHENS, G. BENNETT STEWART III, LEE C. STEWART, ITC HOLDINGS CORP., FORTISUS INC., and ELEMENT ACQUISITION SUB INC.<br><br>              Defendants. | Case No.: 2:16-cv-11449-GCS-APP |

## STIPULATION AND ORDER CONCERNING PLAINTIFFS' VOLUNTARY DISMISSAL OF THE ABOVE ACTION

Pursuant to Federal Rule of Civil Procedure 41(a), and the stipulations of all parties who have appeared in the above cases, **IT IS HEREBY ORDERED**:

The above action is voluntarily DISMISSED WITHOUT PREJUDICE.

This Court retains continuing jurisdiction over the parties in the above action for purposes of entertaining plaintiffs' mootness fee application.

**SO ORDERED.**

                                             s/George Caram Steeh
                                             HON. GEORGE CARAM STEEH

Dated: July 6, 2016

### CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 7, 2016, by electronic and/or ordinary mail.

                                        s/Carol Cohron
                                        Deputy Clerk

| | |
|---|---|
| _____/s/ Anthony DeLuca_____ | /s/ Louis Gabel (w/consent) |
| Anthony L. DeLuca, Esq. (P64874) | Louis P. Gabel (P80365) |
| ANTHONY L. DELUCA PLC | JONES DAY |
| 14950 East Jefferson Ave., Suite 170 | 150 W. Jefferson |
| Grosse Pointe Park, MI 48230 | Suite 2100 |
| Tel: (313) 821-5905 | Detroit, MI 48226-4438 |
| | Tel: (313) 230-7955 |

FARUQI & FARUQI, LLP
James M. Wilson, Jr.
685 Third Ave., 26th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331

Eric Landau
Travis Biffar
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Tel: (949) 851-3939

MONTEVERDE & ASSOCIATES PC
Juan E. Monteverde
The Empire State Building
350 Fifth Ave., 59th Floor
New York, NY 10118
Tel: (212) 971-1341

*Attorneys for defendants Albert Ernst, Christopher H. Franklin, Edward G. Jepsen, Dave R. Lopez, Hazel R. O'Leary, Thomas G. Stephens, G. Bennett Stewart III, and Lee C. Stewart*

*Attorneys for plaintiff Paolo Guerra*

/s/ Michael Wernette (w/consent)
Michael R. Wernette (P55659)
WERNETTE HEILMAN PLLC
24725 W. 12 Mile Road Suite 110
Southfield, MI 48034
Tel: (248) 663-5170

/s/ Lori McAllister (w/consent)
Lori McAllister (P39501)
DYKEMA GOSSETT PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
Tel: (517) 374-9150

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, NY 10036
Tel: (212) 682-3025

Craig Waldman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2881
Fax: (212) 455-2502

*Attorneys for plaintiff Harold Severance*

*Attorneys for defendant Joseph L. Welch and ITC Holdings Corp.*

/s/ Lance Young (w/consent)
Lance C. Young (P51254)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300

Donald J. Enright
LEVI & KORSINSKY LLP
1101 30th Street, N.W.
Suite 115
Washington, DC 20007
Tel: (202) 524-4290

*Attorneys for plaintiff Sanjiv Mehrotra*

/s/ Todd Holleman (w/consent)
Todd A. Holleman (P57699)
MILLER CANFIELD PADDOCK &
STONE PLC
150 W. Jefferson, Suite 2500
Detroit, MI 48226-4415
Tel: (313) 496-7668

Andrew Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8297

*Attorneys for defendants Fortis Inc., FortisUS Inc., and Element Acquisition Sub Inc.*


/s/ E. Powell Miller (w/consent)
E. Powell Miller (P39487)
Marc L. Newman (P51393)
M. Ryan Jarnagin (P76838)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI  48307
Tel: (248) 841-2200

David T. Wissbroecker
Edward M. Gergosian (P35322)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Tel. (619) 231-1058
*Attorneys for Washtenaw County Employees' Retirement System*